PROB 12B
(7/93)

Report Date: June 10, 2008

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 12 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Thomas McClelean Callaway          Case Number: 2:02CR06044-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 3/18/2003                 Type of Supervision:

Original Offense: Possession of a Firearm in          Date Supervision Commenced: 6/06/2008
Furtherance of Drug Traffacking Crime, 18 U.S.C. §
924(c)(1)

Original Sentence: Prison - 78 Months; TSR - 36      Date Supervision Expires: 6/05/2008
Months

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis *testing*, *as*
     directed by the supervising probation officer, but no more than six tests per month, in order to confirm
     continued abstinence from these substances.

### CAUSE

The modification is needed to bring the drug testing condition in line with Ninth Circuit Court case law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 10, 2008

                              Curtis G. Hare
                              U.S. Probation Officer

Prob 12B
Re: Callaway, Thomas McClelean
June 10, 2008
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

_June 12 2008_____
Date